# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Renee s. Fulbright,

    Plaintiff(s),

vs.

State Farm Fire & Casualty Company,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08CV441

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/1/09 Order.

October 1, 2009

FRANK G. JOHNS, CLERK

BY: *Candace Cochran* (signature)

Candace Cochran, Deputy Clerk